Dismissed and Memorandum Opinion filed August 25, 2005









Dismissed and Memorandum Opinion filed August 25,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00287-CV

____________

 

MING-YAO UNLIMITED CORPORATION, Appellant

 

V.

 

THE BRIDAL CONNECTION,
Appellee

 



 

On Appeal from the
127th District Court

Harris County, Texas

Trial Court Cause No.  03-14195

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 15, 2005.

On August 22, 2005, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 25, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.